# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 25-7060                                   September Term, 2024

1:25-cv-00922-JMC

**Filed On:** April 27, 2025

Pheenix USH LLC, doing business as Spin,

    Appellant

    v.

District Department of Transportation, et al.,

    Appellees

**BEFORE:** Pillard, Katsas, and Rao, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for an injunction pending appeal, which includes a request for an immediate administrative stay and states that appellees take "no position on an administrative stay of thirty days or less," it is

**ORDERED** that the request for an administrative stay be construed as seeking an administrative injunction, and that an administrative injunction be entered pending further order of the court. Appellee District Department of Transportation is enjoined from compelling the removal of appellant's electric scooters and e-bikes from public spaces within the District of Columbia. The purpose of this administrative injunction is to give the court sufficient opportunity to consider the emergency motion for an injunction pending appeal and should not be construed in any way as a ruling on the merits of that motion. See D.C. Circuit Handbook of Practice and Internal Procedures 33 (2024). It is

**FURTHER ORDERED** that appellees respond to the emergency motion for an injunction pending appeal by Monday, May 5, 2025. Any reply is due by Monday, May 12, 2025.

**Per Curiam**

                                          **FOR THE COURT:**
                                          Clifton B. Cislak, Clerk

                                BY:    /s/
                                          Erica Thorner
                                          Deputy Clerk